# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
# 24-20353-CR-DAMIAN/VALLE

CASE NO._____

18 U.S.C. § 1349
18 U.S.C. § 1344
18 U.S.C. § 1028A
18 U.S.C. § 1704
18 U.S.C. § 1029(a)(3)
18 U.S.C. § 1956(h)
18 U.S.C. § 841(a)(1)
18 U.S.C. § 922(g)(8)
18 U.S.C. § 924(c)(1)(A)(iii)
18 U.S.C. § 982(a)(2)(A)
18 U.S.C. § 982(a)(2)(B)
18 U.S.C. § 1029(c)(1)(C)
18 U.S.C. § 982(a)(1)
18 U.S.C. § 924(d)(1)
21 U.S.C. § 853

FILED BY_____ MP _____D.C.

Aug 13, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

UNITED STATES OF AMERICA

vs.

ANGEL JOE GONZALEZ, JR.,
  a/k/a "King Juug,"
  a/k/a "@DaMailMan5,"
  a/k/a "juughard2kill,"
  a/k/a "chicostyle97@icloud.com,"
EVENS NECLER MONESTIME,
  a/k/a "Only talk to me Bout money,"
  a/k/a "Bandaman Dexta,"
CRISTINA AZAHARES,
  a/k/a "The Mail Lady,"
DAVID GONZALEZ,
  a/k/a "gwuap,"
  a/k/a "gwuapdawiz,"
  a/k/a "davidg10085@icloud.com,"
  a/k/a "vascvv@iclould.com," and
ADRIANA GINEL,
  Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

## GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1.      The Florida State Lion Tribe of the Almighty Latin Kings & Queens Nation (hereinafter "the Latin Kings"), was an organized criminal group that operated in the Southern District of Florida.

2.      The Latin Kings was one of the largest and most well-organized gangs operating in the United States.  The gang's primary source of income was generated through offenses related to the distribution of narcotics, robbery, burglary, fraud, identity theft, money laundering and other illicit schemes.  Members of the Latin Kings committed these criminal acts with the intent to benefit, promote and further the interests of their organization and to increase their own standing or position within the larger network of Latin King gangs.

3.      The Latin Kings operated certain criminal schemes from a house located in Miami Gardens, Florida (the "Residence").

4.      Defendant **ANGEL JOE GONZALEZ, Jr.** a/k/a "King Juug," a/k/a "@DaMailMan5," a/k/a "juughard2kill," a/k/a "chicostyle97@icloud.com," was a Latin King who resided at the Residence.

5.      Defendant **EVENS NECLER MONESTIME**, a/k/a "Only talk to me Bout money," a/k/a "Bandaman Dexta," resided at the Residence.

6.      Defendant **CRISTINA AZAHARES**, a/k/a "The Mail Lady," was the girlfriend of **ANGEL JOE GONZALES, Jr.**, and resided at the Residence.

7.      Defendant **DAVID GONZALEZ**, a/k/a "gwuap," a/k/a "gwuapdawiz," a/k/a "davidg10085@icloud.com," a/k/a "vascvv@iclould.com," was a resident of Broward County, Florida and the cousin of **ANGEL JOE GONZALEZ, Jr.**

8.     Defendant **ADRIANA GINEL** was a resident of Miami-Dade County, Florida.

9.     Bank 1 was a financial institution with branch locations in the Southern District of Florida whose accounts were insured by the Federal Deposit Insurance Corporation ("FDIC").

10.    Bank 2 was a financial institution with branch locations in the Southern District of Florida whose accounts were insured by the FDIC.

11.    Bank 3 was a financial institution with branch locations in the Southern District of Florida whose accounts were insured by the FDIC.

### COUNT 1
**Conspiracy to Commit Bank Fraud**
**18 U.S.C. § 1349**

1.     The General Allegations section of this Indictment is re-alleged and incorporated by reference as though fully set forth herein.

2.     From in or around September 2021, and continuing through in or around February 2024, in Miami-Dade, Broward and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendants,

> **ANGEL JOE GONZALEZ, JR.,**
> a/k/a "King Juug,"
> a/k/a "@DaMailMan5,"
> a/k/a "juughard2kill,"
> a/k/a "chicostyle97@icloud.com,"
> **EVENS MONESTIME,**
> a/k/a "Only talk to me Bout money,"
> a/k/a "Bandaman Dexta,"
> **CRISTINA AZAHARES,**
> a/k/a "The Mail Lady,"
> **DAVID GONZALEZ,**
> a/k/a "gwuap,"
> a/k/a "gwuapdawiz,"
> a/k/a "davidg10085@icloud.com,"
> a/k/a "vascvv@iclould.com," and
> **ADRIANA GINEL,**

did willfully, that is, with intent to further the object of the conspiracy, and knowingly combine,

conspire, confederate, and agree with each other, and with others known and unknown to the Grand

Jury, to knowingly, and with intent to defraud, execute, attempt to execute, and cause the execution

of, a scheme and artifice to obtain moneys and funds owned by, and under the custody and control

of, a financial institution, that is, Bank 1, Bank 2, and Bank 3 by means of false and fraudulent

pretenses, representations, and promises relating to a material fact, in violation of Title 18, United

States Code, Section 1344(2) and 2.

## PURPOSE OF THE CONSPIRACY

3.      It was the purpose of the conspiracy for the defendants and their co-conspirators to

unlawfully enrich themselves by, among other things: (1) obtaining and causing others to obtain

stolen checks and personal identification information ("PII"), including but not limited to, debit

card, credit card, and bank account numbers, from the U.S. mail, and elsewhere; (2) fraudulently

altering, and causing others to alter the stolen checks; (3) depositing the false and fraudulently

altered checks into bank accounts controlled by the defendants and their co-conspirators; (4)

selling the false and fraudulently altered checks; and, (5) using the illicit proceeds from the deposit

and sale of the fraudulently altered checks for their own personal gain and to advance the

conspiracy.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendants and their co-conspirators sought to

accomplish the purpose and object of this conspiracy included, among other things, the following:

4.      **ANGEL JOE GONZALEZ, JR., EVENS MONESTIME, CRISTINA**

**AZAHARES, DAVID GONZALEZ,** and their co-conspirators stole and illicitly obtained keys

suited to locks adopted by the United States Postal Service ("mail keys") in order to steal U.S. mail

4

from lock boxes, lock drawers, and other authorized receptacles for the deposit and delivery of mail matter, located throughout the Southern District of Florida, and elsewhere.

5.     **ANGEL JOE GONZALEZ, JR., EVENS MONESTIME, CRISTINA AZAHARES, DAVID GONZALEZ,** and their co-conspirators maintained the following stolen mail keys, among others, at the Residence, in their automobiles, and elsewhere, in order to advance their bank fraud scheme: mail keys assigned to serial numbers: 99-33027; 99-25099; 92-52740; 92-44706; 92-52731; and A401-20011.

6.     **ANGEL JOE GONZALEZ, JR., EVENS MONESTIME, CRISTINA AZAHARES, DAVID GONZALEZ,** and their co-conspirators removed from the stolen mail, among other things, checks and documents containing PII belonging to victims throughout the United States.

7.     **ANGEL JOE GONZALEZ, JR., EVENS MONESTIME, CRISTINA AZAHARES, DAVID GONZALEZ, ADRIANA GINEL** and their co-conspirators maintained hundreds of pieces of stolen mail, including but not limited to, stolen mail containing checks and PII belonging to victims at the Residence, in their automobiles and elsewhere, in order to advance their bank fraud scheme.

8.     Co-conspirators altered the checks stolen from the U.S. mail by removing the true payees from the checks and falsely and fraudulently listing **ANGEL JOE GONZALEZ, JR., EVENS MONESTIME, CRISTINA AZAHARES, ADRIANA GINEL,** and their co-conspirators as payees of the checks.

9.     Additionally, co-conspirators used the stolen checks as templates to make additional false and fraudulent counterfeit checks that listed **ANGEL JOE GONZALEZ, JR.,**

EVENS MONESTIME, CRISTINA AZAHARES, ADRIANA GINEL, and their co-conspirators as payees.

10.     **ANGEL JOE GONZALEZ, JR., EVENS MONESTIME, CRISTINA AZAHARES, DAVID GONZALEZ, ADRIANA GINEL,** and other co-conspirators opened bank accounts at Bank 1, Bank 2, and Bank 3, among other banks, in the Southern District of Florida, and elsewhere.

11.     **ANGEL JOE GONZALEZ, JR., EVENS MONESTIME, CRISTINA AZAHARES, DAVID GONZALEZ, ADRIANA GINEL,** and other co-conspirators deposited the false and fraudulently altered checks into bank accounts including bank accounts at Bank 1, Bank 2, and Bank 3 controlled by the defendants and their co-conspirators.

12.     In order to advance their scheme, **ANGEL JOE GONZALEZ, JR., EVENS MONESTIME, DAVID GONZALEZ,** and their co-conspirators "spoofed," banks, like Bank 2, by calling victims and pretending to be representatives from the fraud department of that bank, in order to gain access to victims' bank accounts.

13.     Once **ANGEL JOE GONZALEZ, JR., CRISTINA AZAHARES, DAVID GONZALEZ, ADRIANA GINEL,** and their co-conspirators gained access to victims' bank accounts, they used the accounts to electronically transfer funds from victim bank accounts to bank accounts controlled by members of the conspiracy.

14.     **ANGEL JOE GONZALEZ, JR., EVENS MONESTIME, CRISTINA AZAHARES, DAVID GONZALEZ,** and their co-conspirators sold and delivered stolen checks to customers engaged in similar fraud schemes, and used the proceeds from the sale of the false and fraudulent checks, for their own personal benefit and gain.

15.     **ANGEL JOE GONZALEZ, JR., EVENS MONESTIME,** and their co-conspirators used and maintained firearms and body armor at the Residence, in their vehicles, and elsewhere, to protect the stolen mail, PII, and proceeds of their fraud operation.

All in violation of Title 18, United States Code, Section 1349.

**COUNTS 2-6**
**Bank Fraud**
**18 U.S.C. § 1344**

1.     The General Allegations section of this Indictment is re-alleged and incorporated by reference as though fully set forth herein.

2.     On or about the dates and for the defendants specified below, in Miami-Dade, Broward and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendants,

**ANGEL JOE GONZALEZ, JR.,**
**a/k/a "King Juug,"**
**a/k/a "@DaMailMan5,"**
**a/k/a "juughard2kill,"**
**a/k/a "chicostyle97@icloud.com,"**
**EVENS MONESTIME,**
**a/k/a "Only talk to me Bout money,"**
**a/k/a "Bandaman Dexta,"**
**CRISTINA AZAHARES,**
**a/k/a "The Mail Lady,"**
**DAVID GONZALEZ,**
**a/k/a "gwuap,"**
**a/k/a "gwuapdawiz,"**
**a/k/a "davidg10085@icloud.com,"**
**a/k/a "vascvv@iclould.com," and**
**ADRIANA GINEL,**

did knowingly, and with intent to defraud, execute, and attempt to execute, and cause the execution of, a scheme and artifice to obtain moneys and funds owned by, and under the custody and control of, one or more financial institutions, by means of materially false and fraudulent pretenses,

7

representations, and promises relating to a material fact, in violation of Title 18, United States Code, Sections 1344(2) and 2.

## PURPOSE OF THE SCHEME AND ARTIFICE

3.      It was the purpose of the scheme and artifice for the defendants and their accomplices to unlawfully enrich themselves by depositing false and fraudulent checks, and fraudulently altered checks stolen from the U.S. mail into bank accounts that the defendants and their accomplices controlled and using the illicit proceeds for their personal benefit and gain.

## SCHEME AND ARTIFICE

4.      The Manner and Means section from Count 1 of this Indictment is re-alleged and incorporated by reference as though fully set forth herein as the description of the scheme and artifice.

## EXECUTION OF THE SCHEME AND ARTIFICE

5.      On or about the dates specified below, the defendants did execute, and cause the execution of, the above-described scheme and artifice to defraud, as more particularly described below:

| Count | Defendant | Approximate Date | Execution |
|---|---|---|---|
| 2 | CRISTINA AZAHARES | September 2, 2022 | Caused a counterfeit check no. 6245 in the approximate amount of $3,898.00 to be deposited into a Bank 2 account ending 5438. |
| 3 | EVENS MONESTIME | February 13, 2023 | Caused a counterfeit check no. 61244 in the approximate amount of $56,484.54 to be deposited into a Bank 1 account ending 6737. |
| 4 | ANGEL JOE GONZALEZ, JR., | March 8, 2023 | Caused a counterfeit check no. 6198 in the approximate amount of $74,392.61 to be deposited into his Bank 3 account ending 9979. |

| 5 | **ADRIANA GINEL** | May 31, 2023 | Caused a counterfeit check no. 2039427 in the approximate amount of $142,350.00 to be deposited into a Bank 3 account ending 3926. |
| 6 | **DAVID GONZALEZ** | June 6, 2023 | Caused a counterfeit check no. 074939 in the approximate amount of $41,114.80 to be deposited into a Bank 3 account ending in 9672. |

In violation of Title 18, United States Code, Sections 1344(2) and 2.

## COUNTS 7-10
### Aggravated Identity Theft
### 18 U.S.C. § 1028A

On or about the dates specified as to each count below, in Miami Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants as set forth below, during and in relation to a felony violation of Title 18, United States Code, Section 1344(2), that is, Bank Fraud, as charged in Counts 2-6 of this Indictment, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, as set forth in each count below:

| Count | Defendant | Approximate Date | Means of Identification |
|-------|-----------|------------------|-------------------------|
| 7 | **CHRISTINA AZAHARES** | September 2, 2022 | Name and Signature of S.J. |
| 8 | **ANGEL JOE GONZALEZ, JR.,** | March 8, 2023 | Name and signature of S.J.J. |
| 9 | **ADRIANA GINEL** | May 31, 2023 | Name and signature of H.A. |
| 10 | **DAVID GONZALEZ** | June 6, 2023 | Name and signature of A.D. |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

9

**COUNTS 11-16**
**Possession of Stolen Mail Keys**
**18 U.S.C. § 1704**

On or about the dates specified as to each count below, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants, as set forth below, did knowingly and unlawfully possess any key suited to any lock adopted by the Postal Service and in use on any lock box, lock drawer, and other authorized receptacle for the deposit and delivery of mail matter, with the intent to unlawfully and improperly use and sell such key and to cause such key to be unlawfully and improperly used and sold:

| Count | Date | Defendant(s) | Serial Number |
|-------|------|--------------|---------------|
| 11 | May 3, 2023 | **ANGEL JOE GONZALEZ, JR., EVENS MONESTIME, CRISTINA AZAHARES, and DAVID GONZALEZ** | 99-33027 |
| 12 | May 3, 2023 | **ANGEL JOE GONZALEZ, JR., EVENS MONESTIME, CRISTINA AZAHARES, and DAVID GONZALEZ** | 99-25099 |
| 13 | May 3, 2023 | **ANGEL JOE GONZALEZ, JR., EVENS MONESTIME, CRISTINA AZAHARES, and DAVID GONZALEZ** | 92-52740 |
| 14 | May 3, 2023 | **ANGEL JOE GONZALEZ, JR., EVENS MONESTIME, CRISTINA AZAHARES, and DAVID GONZALEZ** | 92-44706 |
| 15 | May 3, 2023 | **ANGEL JOE GONZALEZ, JR., EVENS MONESTIME, CRISTINA AZAHARES, and DAVID GONZALEZ** | 92-52731 |
| 16 | May 3, 2023 | **ANGEL JOE GONZALEZ, JR., EVENS MONESTIME, CRISTINA AZAHARES, and** | A401-20011 |

| Count | Date | Defendant(s) | Serial Number |
|---|---|---|---|
|  |  | **DAVID GONZALEZ** |  |

### COUNT 17
**Possession of Fifteen or More Unauthorized Access Devices**
**18 U.S.C. § 1029(a)(3)**

On or about May 3, 2023, in Miami-Dade County, in the Southern District of Florida, the

defendants,

**ANGEL JOE GONZALEZ, JR.,**
**a/k/a "King Juug,"**
**a/k/a "@DaMailMan5,"**
**a/k/a "juughard2kill,"**
**a/k/a "chicostyle97@icloud.com,"**
**EVENS MONESTIME,**
**a/k/a "Only talk to me Bout money,"**
**a/k/a "Bandaman Dexta," and,**
**CRISTINA AZAHARES,**
**a/k/a "The Mail Lady,"**

did knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access

devices, that is, names, dates of birth, social security numbers and financial account numbers

issued to other persons, said conduct affecting interstate and foreign commerce, in violation of

Title 18, United States Code, Sections 1029(a)(3) and 2.

### COUNTS 18-19
**Aggravated Identity Theft**
**18 U.S.C. § 1028A(a)(1)**

On or about May 3, 2023, in Miami-Dade County, in the Southern District of Florida, the

defendants,

**ANGEL JOE GONZALEZ, JR.,**
**a/k/a "King Juug,"**
**a/k/a "@DaMailMan5,"**
**a/k/a "juughard2kill,"**
**a/k/a "chicostyle97@icloud.com,"**
**EVENS MONESTIME,**
**a/k/a "Only talk to me Bout money,"**
**a/k/a "Bandaman Dexta," and,**

11

**CRISTINA AZAHARES,**
**a/k/a "The Mail Lady,"**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(3),

that is, knowingly, and with intent to defraud, possessing fifteen (15) or more unauthorized access

devices as charged in Count 17, did knowingly possess without lawful authority, the means of

identification of another person, that is the name, date of birth, and social security number issued

to the victim as set forth in each count below:

| Count | Means of Identification |
|---|---|
| **18** | The name and passport number assigned to F.N. |
| **19** | The name and Florida license number assigned to S.S. |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNT 20
### Money Laundering Conspiracy
### 18 U.S.C. § 1956(h)

1.      The General Allegations section of this Indictment is re-alleged and incorporated

by reference as though fully set forth herein.

2.      From in or around September 2021, and continuing through in or around February

2024, in Miami-Dade, Broward, and Palm Beach Counties, in the Southern District of Florida, and

elsewhere, the defendants,

**ANGEL JOE GONZALEZ, JR.,**
**a/k/a "King Juug,"**
**a/k/a "@DaMailMan5,"**
**a/k/a "juughard2kill,"**
**a/k/a "chicostyle97@icloud.com,"**
**EVENS MONESTIME,**
**a/k/a "Only talk to me Bout money,"**
**a/k/a "Bandaman Dexta,"**
**CRISTINA AZAHARES,**
**a/k/a "The Mail Lady,"**
**DAVID GONZALEZ,**

12

**a/k/a "gwuap,"**
**a/k/a "gwuapdawiz,"**
**a/k/a "davidg10085@icloud.com,"**
**a/k/a vascvv@iclould.com, and**
**ADRIANA GINEL,**

did knowingly and willfully combine, conspire, confederate, and agree with other persons known and unknown to the Grand Jury, to commit offenses under Title 18, United States Code, Sections 1956 and 1957, that is:

a) to knowingly conduct a financial transaction affecting interstate and foreign commerce, which financial transaction involved the proceeds of specified unlawful activity, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, with the intent to promote the carrying on of such specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i); and,

b) to knowing engage in a monetary transaction by, through, and to a financial institution affecting, interstate commerce, in criminally derived property of a value greater than $10,000, that is derived from specified unlawful activity in violation of Title 18, United States Code, Section 1957.

It is further alleged that the specified unlawful activity is conspiracy to commit bank fraud, in violation of Title 18, United States Code, Section 1349, bank fraud, in violation of Title 18, United States Code, Section 1344, theft of mail, in violation of Title 18, United States Code, Section 1708, and possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 841 and 846.

All in violation of Title 18, United States Code, Section 1956(h).

**COUNT 21**
**Possession with Intent to Distribute a Controlled Substance**
**21 U.S.C. § 841**

On or about May 3, 2023, in Miami-Dade County, in the Southern District of Florida, and

elsewhere, the defendants,

**ANGEL JOE GONZALEZ, JR.,**
**a/k/a "King Juug,"**
**a/k/a "@DaMailMan5,"**
**a/k/a "juughard2kill,"**
**a/k/a "chicostyle97@icloud.com,"**
**EVENS NECLER MONESTIME,**
**a/k/a "Only talk to me Bout money,"**
**a/k/a "Bandaman Dexta,"**

did knowingly and willfully possess with intent to distribute a controlled substance, in violation of

Title 21, United Sates Code, Section 841(a)(1), and Title 18, United States Code, Section 2, in

violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this

violation involved a detectible amount of cocaine, a schedule II controlled substance.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this

violation involved a detectible amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ]

propenamide commonly referred to as "fentanyl," and an analogue of N-phenyl-N-[1-(2-

phenylethyl)-4-piperidinyl] propenamide, schedule I controlled substances.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this

violation involved a detectible amount of N,N-Dimethylpentylone, a schedule I controlled

substance.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this

violation involved a mixture and substance containing a detectible amount of methamphetamine,

a schedule I controlled substance.

14

## COUNT 22
### Possession of Firearms and Ammunition by Prohibited Person
### 18 U.S.C. §  922(g)(8)

On or about May 3, 2023, in Miami-Dade County, in the Southern District of Florida, and

elsewhere, the Defendant,

### EVENS NECLER MONESTIME,
### a/k/a "Only talk to me Bout money,"
### a/k/a "Bandaman Dexta,"

knowing that he was subject to a court order issued on or about June 28, 2019, in the Eleventh

Judicial Circuit, Case No. 2019-004439-FC-04, that was issued after a hearing of which he

received actual notice, and at which he had an opportunity to participate, restraining him from

harassing, stalking, and threatening an intimate partner, that by its terms explicitly prohibited the

use, attempted use, and threatened use of physical force against such intimate partner that would

reasonably be expected to cause bodily injury, and that included a finding that the defendant was

a credible threat to the physical safety of the intimate partner, did knowingly possess in an and

affecting interstate commerce firearms and ammunition.

All in violation of Title 18, United States Code, Section 922(g)(8).

## COUNT 23
### Possession of a Firearm in Furtherance of a Drug Trafficking Crime
### 18 U.S.C. §  924(c)(1)(A)(iii)

On or about May 3, 2023,  in Miami-Dade County, in the Southern District of Florida, and

elsewhere, the Defendants,

### ANGEL JOE GONZALEZ, JR.,
### a/k/a "King Juug,"
### a/k/a "@DaMailMan5,"
### a/k/a "juughard2kill,"
### a/k/a chicostyle97@icloud.com, and
### EVENS NECLER MONESTIME,
### a/k/a "Only talk to me Bout money,"
### a/k/a "Bandaman Dexta,"

did knowingly possess a firearm in furtherance of a drug trafficking crime, a felony offense for which the defendant may be prosecuted in a court of the United States, that is a violation of Title 21, United States Code, Section 841(a)(1), as charged in Count 21 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i) and 2.

Pursuant to Title 18, United States Code, Section 924(c)(1)(A)(iii), it is further alleged that the firearm was discharged.

### FORFEITURE ALLEGATIONS

1.      The allegations in this Indictment are hereby re-alleged and by this reference fully incorporated herein for alleging forfeiture to the United States of America of certain property in which the defendants, **ANGEL JOE GONZALEZ, JR., EVENS NECLER MONESTIME, CRISTINA AZAHARES, DAVID GONZALEZ**, and **ADRIANA GINEL**, have an interest.

2.      Upon conviction of a conspiracy to commit a violation of, or a violation of, Title 18, United States Code, Section[s]1344 and/or 1349, as alleged in this Indictment, the defendants shall forfeit to the United States any property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of such offense, pursuant to Title 18, United States Code, Section 982(a)(2)(A).

3.      Upon conviction of a violation of Title 18, United States Code, Section 1029, as alleged in this Indictment, the defendants shall forfeit to the United States: (a) any property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of such offense, pursuant to Title 18, United States Code, Section 982(a)(2)(B); and (b) any personal property used, or intended to be used, to commit such offense, pursuant to Title 18, United States Code, Section 1029(c)(1)(C).

4.      Upon conviction of a violation of, or a conspiracy to commit a violation of, Title

18, United States Code, Section 1956, as alleged in this Indictment, the defendants shall forfeit to the United States any property, real or personal, involved in such offense, and any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1).

5.    Upon conviction of a violation of Title 18, United States Code, Section[s] 922(g) and/or 924(c), or any other criminal law of the United States, as alleged in this Indictment, the defendants shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

6.    Upon conviction of a violation of Title 21, United States Code, Section 841, as alleged in this Indictment, the defendants shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense, pursuant to Title 21, United States Code, Section 853.

All pursuant to Title 21, United States Code, Section 853, and Title 18, United States Code, Sections 924(d)(1), 982(a)(1), 982(a)(2)(B), 1029(c)(1)(C), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Sections 982(b)(1) and 1029(c)(2) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

HAYDEN P. O'BYRNE
ASSISTANT UNITED STATES ATTORNEY

18

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**                    **CASE NO.:** 24-20353-CR-DAMIAN/VALLE

v.

Angel Joe Gonzalez, Jr., et al.,                    **CERTIFICATE OF TRIAL ATTORNEY**

_____/

                    Defendants.                    **Superseding Case Information:**

**Court Division** (select one)                    New Defendant(s) (Yes or No) _____
    ☒ Miami    ☐ Key West    ☐ FTP    Number of New Defendants _____
    ☐ FTL    ☐ WPB                    Total number of new counts _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No___
   List language and/or dialect: _____

4. This case will take __15__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I    ☐ 0 to 5 days                    ☐ Petty
   II    ☐ 6 to 10 days                    ☐ Minor
   III   ☒ 11 to 20 days                    ☐ Misdemeanor
   IV  ☐ 21 to 60 days                    ☒ Felony
   V   ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No___
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) No___
   If yes, Magistrate Case No. _____

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No___
   If yes, Judge _____ Case No. _____

9. Defendant(s) in federal custody as of _____

10. Defendant(s) in state custody as of Angel Gonzalez, August 30, 2023 _____

11. Rule 20 from the ___ _____ District of _____

12. Is this a potential death penalty case? (Yes or No) _____

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No___

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No___

15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No___

16. Did this matter involve the participation of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No___

By: _____
    Hayden P. O'Byrne
    Assistant United States Attorney
    FL Bar No.    60024

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: ANGEL JOE GONZALEZ, JR.

**Case No**:

**Count #1:**

Conspiracy to Commit Bank Fraud

(18 U.S.C. § 1349)
* **Max. Term of Imprisonment: 30 years.**
* **Mandatory Min. Term of Imprisonment: No Mandatory Minimum**
* **Max. Supervised Release: Up to 5 years. 18 U.S.C. §§3583(b)(1), 3559(a)(2).**
* **Max. Fine: Up to $1,000,000.00. 18 U.S.C. §§ 1344, 1349**

**Count #4:**

Bank Fraud

(18 USC § 1344)
* **Max. Term of Imprisonment: 30 years.**
* **Mandatory Min. Term of Imprisonment: No Mandatory minimum**
* **Max. Supervised Release: Up to 5 years. 18 U.S.C. §§3583(b)(1), 3559(a)(2)**
* **Max. Fine: Up to $1,000,000.00. 18 U.S.C. § 1344**

**Count #8, 18-19:**

Aggravated Identity Theft

(18 U.S.C. § 1028A)
* **Max. Term of Imprisonment: 2 years. 18 U.S.C. § 1028A(a)(1)**

**Count #11-16:**

Possession of Stolen Mail Keys

(18 U.S.C. § 1704)
* **Max. Term of Imprisonment: 10 years.**
* **Max. Supervised Release: 3 years. 18 U.S.C. §§ 3559(a)(3), 3583(b)(2)**
* **Max. Fine: Up to $250,000. 18 U.S.C. § 1704**

**\*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**Defendant's Name**: ANGEL JOE GONZALEZ, JR.

**Count #17:**

Possession of Fifteen or More Unauthorized Access Devices

(18 U.S.C. § 1029(a)(3)
* **Max. Term of Imprisonment: 10 years.**
* **Max. Supervised Release: 3 years. 18 U.S.C. §§ 3559(a)(3), 3583(b)(2)**
* **Max. Fine: Up to $250,000. 18 U.S.C. § 1029(c)(1)(A)(i)**

**Count #20:**

Conspiracy to Commit Money Laundering

(18 U.S.C. § 1956(h)
* **Max. Term of Imprisonment: 20 years.**
* **Mandatory Min. Term of Imprisonment: No Mandatory minimum**
* **Max. Supervised Release: Up to 3 years. 18 U.S.C. §§3583(b)(2), 3559(a)(3)**
* **Max. Fine: Up to twice the value of the property involved.**

**Count #21:**

Possession with Intent to Distribute a Controlled Substance

(21 U.S.C. § 846) (b)(1)(C)
* **Max. Term of Imprisonment: 20 years.**
* **Mandatory Min. Term of Imprisonment: No Mandatory minimum**
* **Max. Supervised Release: 3 years. 21 U.S.C. § 841(b)(1)(C)**
* **Max. Fine: $1,000,000. 21 U.S.C. § 841(b)(1)(C)**

**Count #23:**

Possession of a Firearm in Furtherance of a Drug Trafficking Crime

(18 U.S.C. § 924(c)(1)(A)(iii)
* **Max. Term of Imprisonment: Life.**
* **Mandatory Min. Term of Imprisonment: 10 years.**
* **Max. Supervised Release: 5 years. 18 U.S.C. §§ 3559(a)(3), 3583(b)(1)**
* **Max. Fine: $250,00. 18 U.S.C. § 3571(b)(3)**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: EVENS NECLER MONESTIME

**Case No**:

**Count #1:**

Conspiracy to Commit Bank Fraud

(18 U.S.C. § 1349)
* **Max. Term of Imprisonment: 30 years.**
* **Mandatory Min. Term of Imprisonment: No Mandatory Minimum**
* **Max. Supervised Release: Up to 5 years. 18 U.S.C. §§3583(b)(1), 3559(a)(2).**
* **Max. Fine: Up to $1,000,000.00. 18 U.S.C. §§ 1344, 1349**

**Count #3:**

Bank Fraud

(18 USC § 1344)
* **Max. Term of Imprisonment: 30 years.**
* **Mandatory Min. Term of Imprisonment: No Mandatory minimum**
* **Max. Supervised Release: Up to 5 years. 18 U.S.C. §§3583(b)(1), 3559(a)(2)**
* **Max. Fine: Up to $1,000,000.00. 18 U.S.C. § 1344**

**Count #11-16:**

Possession of Stolen Mail Keys

(18 U.S.C. § 1704)
* **Max. Term of Imprisonment: 10 years.**
* **Max. Supervised Release: 3 years. 18 U.S.C. §§ 3559(a)(3), 3583(b)(2)**
* **Max. Fine: Up to $250,000. 18 U.S.C. § 1704**

**Count #17:**

Possession of Fifteen or More Unauthorized Access Devices

(18 U.S.C. § 1029(a)(3)
* **Max. Term of Imprisonment: 10 years.**
* **Max. Supervised Release: 3 years. 18 U.S.C. §§ 3559(a)(3), 3583(b)(2)**
* **Max. Fine: Up to $250,000. 18 U.S.C. § 1029(c)(1)(A)(i)**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**Defendant's Name**: EVENS NECLER MONESTIME

**Count #18-19:**

Aggravated Identity Theft

(18 U.S.C. § 1028A)
**\* Max. Term of Imprisonment: 2 years. 18 U.S.C. § 1028A(a)(1)**

**Count #20:**

Conspiracy to Commit Money Laundering

(18 U.S.C. § 1956(h))
**\* Max. Term of Imprisonment: 20 years.**
**\* Mandatory Min. Term of Imprisonment: No Mandatory minimum**
**\* Max. Supervised Release: Up to 3 years. 18 U.S.C. §§3583(b)(2), 3559(a)(3)**
**\* Max. Fine: Up to twice the value of the property involved.**

**Count #21:**

Possession with Intent to Distribute a Controlled Substance

(21 U.S.C. § 846) (b)(1)(C)
**\* Max. Term of Imprisonment: 20 years.**
**\* Mandatory Min. Term of Imprisonment: No Mandatory minimum**
**\* Max. Supervised Release: 3 years. 21 U.S.C. § 841(b)(1)(C)**
**\* Max. Fine: $1,000,000. 21 U.S.C. § 841(b)(1)(C)**

**Count #22:**

Possession of Firearm and Ammunition by Prohibited Person

(18 U.S.C. § 922(g)(8))
**\* Max. Term of Imprisonment: 15 years.**
**\* Max. Supervised Release: 3 years. 18 U.S.C. §§ 3559(a)(3), 3583(b)(2)**
**\* Max. Fine: Up to $250,000. 18 U.S.C. § 924(a)(8)**

**Count #23:**

Possession of a Firearm in Furtherance of a Drug Trafficking Crime

(18 U.S.C. § 924(c)(1)(A)(iii))
**\* Max. Term of Imprisonment: Life.**
**\* Mandatory Min. Term of Imprisonment: 10 years.**
**\* Max. Supervised Release: 5 years. 18 U.S.C. §§ 3559(a)(3), 3583(b)(1)**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include
restitution, special assessments, parole terms, or forfeitures that may be applicable.**

\* Max. Fine: $250,00. 18 U.S.C. § 3571(b)(3)

*Refers only to possible term of incarceration, supervised release and fines.   It does not include
restitution, special assessments, parole terms, or forfeitures that may be applicable.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: CRISTINA AZAHARES

**Case No**: 

**Count #1:**

Conspiracy to Commit Bank Fraud

(18 U.S.C. § 1349)
* **Max. Term of Imprisonment: 30 years.**
* **Mandatory Min. Term of Imprisonment: No Mandatory Minimum**
* **Max. Supervised Release: Up to 5 years. 18 U.S.C. §§3583(b)(1), 3559(a)(2).**
* **Max. Fine: Up to $1,000,000.00. 18 U.S.C. §§ 1344, 1349**

**Count #2:**

Bank Fraud

(18 USC § 1344)
* **Max. Term of Imprisonment: 30 years.**
* **Mandatory Min. Term of Imprisonment: No Mandatory minimum**
* **Max. Supervised Release: Up to 5 years. 18 U.S.C. §§3583(b)(1), 3559(a)(2)**
* **Max. Fine: Up to $1,000,000.00. 18 U.S.C. § 1344**

**Count #7, 18-19:**

Aggravated Identity Theft

(18 U.S.C. § 1028A)
* **Max. Term of Imprisonment: 2 years. 18 U.S.C. § 1028A(a)(1)**

**Count #11-16:**

Possession of Stolen Mail Keys

(18 U.S.C. § 1704)
* **Max. Term of Imprisonment: 10 years.**
* **Max. Supervised Release: 3 years. 18 U.S.C. §§ 3559(a)(3), 3583(b)(2)**
* **Max. Fine: Up to $250,000. 18 U.S.C. § 1704**

**\*Refers only to possible term of incarceration, supervised release and fines.  It does not include
restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**Defendant's Name**: CRISTINA AZAHARES

**Count #17:**

Possession of Fifteen or More Unauthorized Access Devices

(18 U.S.C. § 1029(a)(3)
* **Max. Term of Imprisonment: 10 years.**
* **Max. Supervised Release: 3 years. 18 U.S.C. §§ 3559(a)(3), 3583(b)(2)**
* **Max. Fine: Up to $250,000. 18 U.S.C. § 1029(c)(1)(A)(i)**

**Count #20:**

Conspiracy to Commit Money Laundering

(18 U.S.C. § 1956(h)
* **Max. Term of Imprisonment: 20 years.**
* **Mandatory Min. Term of Imprisonment: No Mandatory minimum**
* **Max. Supervised Release: Up to 3 years. 18 U.S.C. §§3583(b)(2), 3559(a)(3)**
* **Max. Fine: Up to twice the value of the property involved.**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include
restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: DAVID GONZALEZ

**Case No**: _____

**Count #1**:

Conspiracy to Commit Bank Fraud

(18 U.S.C. § 1349)
* **Max. Term of Imprisonment: 30 years.**
* **Mandatory Min. Term of Imprisonment: No Mandatory Minimum**
* **Max. Supervised Release: Up to 5 years. 18 U.S.C. §§3583(b)(1), 3559(a)(2).**
* **Max. Fine: Up to $1,000,000.00. 18 U.S.C. §§ 1344, 1349**

**Count #6**:

Bank Fraud

(18 USC § 1344)
* **Max. Term of Imprisonment: 30 years.**
* **Mandatory Min. Term of Imprisonment: No Mandatory minimum**
* **Max. Supervised Release: Up to 5 years. 18 U.S.C. §§3583(b)(1), 3559(a)(2)**
* **Max. Fine: Up to $1,000,000.00. 18 U.S.C. § 1344**

**Count #10, 18-19**:

Aggravated Identity Theft

(18 U.S.C. § 1028A)
* **Max. Term of Imprisonment: 2 years. 18 U.S.C. § 1028A(a)(1)**

**Count #11-16**:

Possession of Stolen Mail Keys

(18 U.S.C. § 1704)
* **Max. Term of Imprisonment: 10 years.**
* **Max. Supervised Release: 3 years. 18 U.S.C. §§ 3559(a)(3), 3583(b)(2)**
* **Max. Fine: Up to $250,000. 18 U.S.C. § 1704**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**Defendant's Name**: DAVID GONZALEZ

**Count #20:**

Conspiracy to Commit Money Laundering

(18 U.S.C. § 1956(h)

* **Max. Term of Imprisonment: 20 years.**
* **Mandatory Min. Term of Imprisonment: No Mandatory minimum**
* **Max. Supervised Release: Up to 3 years. 18 U.S.C. §§3583(b)(2), 3559(a)(3)**
* **Max. Fine: Up to twice the value of the property involved.**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** ADRIANA GINEL

**Case No:** _____

**Count #1:**

Conspiracy to Commit Bank Fraud

(18 U.S.C. § 1349)
* **Max. Term of Imprisonment: 30 years.**
* **Mandatory Min. Term of Imprisonment: No Mandatory Minimum**
* **Max. Supervised Release: Up to 5 years. 18 U.S.C. §§3583(b)(1), 3559(a)(2).**
* **Max. Fine: Up to $1,000,000.00. 18 U.S.C. §§ 1344, 1349**

**Count #5:**

Bank Fraud

(18 USC § 1344)
* **Max. Term of Imprisonment: 30 years.**
* **Mandatory Min. Term of Imprisonment: No Mandatory minimum**
* **Max. Supervised Release: Up to 5 years. 18 U.S.C. §§3583(b)(1), 3559(a)(2)**
* **Max. Fine: Up to $1,000,000.00. 18 U.S.C. § 1344**

**Count #9, 18-19:**

Aggravated Identity Theft

(18 U.S.C. § 1028A)
* **Max. Term of Imprisonment: 2 years. 18 U.S.C. § 1028A(a)(1)**

**Count #20:**

Conspiracy to Commit Money Laundering

(18 U.S.C. § 1956(h))
* **Max. Term of Imprisonment: 20 years.**
* **Mandatory Min. Term of Imprisonment: No Mandatory minimum**
* **Max. Supervised Release: Up to 3 years. 18 U.S.C. §§3583(b)(2), 3559(a)(3)**
* **Max. Fine: Up to twice the value of the property involved.**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include
restitution, special assessments, parole terms, or forfeitures that may be applicable.**